UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSA MARIA PULIDO,

           Petitioner,

vs.                        Case No.  2:06-cv-5-FtM-29DNF
                            Case No.  2:97-cr-9-FTM-29DNF

UNITED STATES OF AMERICA,

           Respondent.
_____

**OPINION AND ORDER**

     This matter comes before the Court on petitioner's Motion for Release and Stay, Writ of Habeas Corpus – 28 U.S.C.A. § 2241 – and 2243, Jurisdiction 8 C.F.R. § 1003.40 (Doc. #1), filed on January 4, 2006.  Petitioner seeks review or to re-open a final decision on deportation proceedings.

    Under 8 U.S.C. § 1252(a)(2)(C), "no court shall have jurisdiction to review any final order of removal against an alien who is removable by reason of having committed a criminal offense . . . ."  Under 8 U.S.C. § 1252(a)(5), "a petition for review filed with appropriate court of appeals in accordance with this section shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this chapter," except as provided in 8 U.S.C. § 1252(e)(2), which does not apply to this case.

    Pursuant to statute, the Court finds it has no jurisdiction to consider petitioner's removal issues.  The Court will, however,

direct that a copy of the request be forwarded to the appropriate appellate court in the district for consideration.

Accordingly, it is now

**ORDERED**:

1. Petitioner's Motion for Release and Stay, Writ of Habeas Corpus – 28 U.S.C.A. § 2241 – and 2243, Jurisdiction 8 C.F.R. § 1003.40 (Doc. #1) is **DISMISSED** for lack of jurisdiction.

2. The Clerk shall enter judgment accordingly in the civil case, and close the file.

3. The Clerk shall forward a copy of petitioner's Motion for Release and Stay, Writ of Habeas Corpus – 28 U.S.C.A. § 2241 – and 2243, Jurisdiction 8 C.F.R. § 1003.40 (Doc. #1) to the Eleventh Circuit Court of Appeals for consideration.

**DONE AND ORDERED** at Fort Myers, Florida, this  6th  day of February, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
USCA
Parties of Record